PEOPLE *v* DWIGHT WILLIAMS. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 December 7, 1971, at Detroit. (Docket No. 10805.) Decided January 27, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellant Department, and *Robert A. Reuther*, Assistant Prosecuting Attorney, for the people.

*David Harris*, for defendant on appeal.

Before: J. H. GILLIS, P. J., and LEVIN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of assault with intent to rape and of assault with intent to commit

the crime of gross indecency and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.